1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 MAHEDIA BIBI ZADRAN,                    CASE NO. 2:23-CV-02587 TLN-JDP

12                    Plaintiff,            STIPULATION AND ORDER FOR FIRST
                                            EXTENSION OF TIME
13            v.

14 USCIS, ET AL.,

15                    Defendant.

16

17

18

19
        The Defendants respectfully request a first extension of time in which to respond to the
20
   Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of
21
   Plaintiff's spouse, which was refused for administrative processing following a December 2018 consular
22
   interview. The State Department is taking further action, but the administrative processing has not yet
23
   been resolved. Once the administrative processing has been resolved, the parties anticipate that the
24
   consular official will be able to complete the adjudication of the visa application in this case shortly,
25
   which is expected to render this lawsuit moot.
26
   ///
27
   ///
28

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is March 27, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: February 26, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA T. ARENA
JESSICA T. ARENA
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: February 27, 2024

Troy L. Nunley
United States District Judge